1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Justin Szewczyk**<br>    Plaintiff,<br>v.<br><br>**RentGrow, Inc.**<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**1:22-cv-10734-MJJ**

# JUDGMENT

October 15, 2024

**Joun, D.J.**

In accordance with the Court's Electronic Order at doc. no. 73, entered on September 20, 2024, it is hereby **ORDERED** that this action is dismissed.

/s/ **Myong J. Joun**
Myong J. Joun
United States District Judge